**UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00341-DDD-KAS

JAMES KARAS, Individually and on Behalf
of All Others Similarly Situated,

               Plaintiff,

v.

NEWMONT CORPORATION, THOMAS R.
PALMER, NATASCHA VILJOEN, and
KARYN F. OVELMEN,

               Defendants.

---

## NOTICE OF RELATED CASES

---

Pursuant to D.C.Colo.LCivR 3.2, Defendants Newmont Corporation, Thomas R. Palmer, Natascha Viljoen, and Karyn F. Ovelmen hereby notify the Court that this case is related to two subsequently filed actions in this Court: *Tyler Gunderson, derivatively on behalf of Newmont Corp.* v. *Thomas R. Palmer et al.*, Civil Action No. 1:25-cv-00585-WJM-STV (filed Feb. 21, 2025), and *Marc N. Levin, derivatively on behalf of Newmont Corp.* v. *Thomas R. Palmer et al.*, Civil Action No. 1:25-cv-00660-KAS (filed Feb. 28, 2025) (together, the "Derivative Cases").

The cases have parties in common as Defendant Newmont is named as the nominal defendant in the Derivative Cases and Defendants Palmer, Viljoen, and Ovelmen are named as defendants in those cases.

The cases involve common alleged facts and related claims. The complaint in this putative securities class action alleges that Defendants made purportedly false and misleading statements to investors about Newmont's business in violation of Sections 10(b) and 20(a) of the Securities

Exchange Act of 1934, 15 U.S.C. §§ 78j(b) and 78t(a), and SEC Rule 10b-5, 17 C.F.R. § 240.10b-5. The Derivative Cases refer to this case in their complaints and allege, in part, that by making or permitting to be made the same statements to investors about Newmont's business, defendants in the Derivative Cases violated one or more of the same statutory provisions and the same rule, as well as other alleged duties.[1]

Dated: March 13, 2025

**SHOEMAKER GHISELLI + SCHWARTZ, LLC**
*/s/ Paul H. Schwartz*
Paul H. Schwartz
1811 Pearl Street
Boulder, CO  80302
Tel: 303-530-3452
Fax:  303-530-4071
Email: pschwartz@sgslitigation.com

**WACHTELL, LIPTON, ROSEN & KATZ**
Jonathan M. Moses (*D. Colo. bar application forthcoming*)
Carrie M. Reilly (*D. Colo. bar application forthcoming*)
Sunny S. Jeon (*D. Colo. bar application forthcoming*)
51 West 52nd Street
New York, NY  10019
Tel: 212-403-1000
Fax: 212-403-2000
Email: JMMoses@wlrk.com

*Attorneys for Defendants Newmont Corporation, Thomas R. Palmer, Natascha Viljoen, and Karyn F. Ovelmen*

---

[1] Plaintiff in the *Gunderson* action filed a notice of related case regarding this case. *See Gunderson* v. *Palmer et al.*, Case No 1:25-cv-00585-WJM-STV, ECF 2 (D. Colo. Feb. 21, 2025). Plaintiff in the *Levin* action also filed a notice of related case regarding this case and the *Gunderson* action. *See Levin* v. *Palmer et al.*, Case No. 1:25-cv-00660-KAS, ECF 1-3 (D. Colo. Feb. 28, 2025).