**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00341-DDD-KAS

JAMES KARAS, Individually and on Behalf
of All Others Similarly Situated,

      Plaintiff,

  v.

NEWMONT CORPORATION, THOMAS R.
PALMER, NATASCHA VILJOEN, and
KARYN F. OVELMEN,

      Defendants.

---

**DECLARATION OF ADAM M. APTON IN SUPPORT OF MOTION OF JAMES
KARAS FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF COUNSEL**

---

2

I, Adam M. Apton, hereby declare, pursuant to 28 U.S.C. §1746, that:

1.        I am a member in good standing of the bar of this Court. I submit this declaration in support of the motion filed by James Karas ("Plaintiff") for appointment as Lead Plaintiff and approval of Movant's selection of counsel for the Class.

2.        Attached hereto as **Exhibit 1** is a true and correct copy of the certification signed by Plaintiff.

3.        Attached hereto as **Exhibit 2** is a true and correct copy of the loss chart detailing the losses sustained by Plaintiff.

4.        Attached hereto as **Exhibit 3** is a true and correct copy of the press release announcing the filing of the first-filed action, which was published on January 31, 2025.

5.        Attached hereto as **Exhibit 4** is a true and correct copy of the firm résumé of Levi & Korsinsky, LLP.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: April 1, 2025                  */s/ Adam M. Apton*
                                   Adam M. Apton

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

*/s/ Adam M. Apton*
Adam M. Apton
Levi & Korsinsky, LLP
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

3