# Exhibit 2

| Client Name | James Karas |
|---|---|
| Company Name | Newmont Corporation |
| Ticker Symbol | NEM |
| Security Type | |
| Class Period Start | 02-22-2024 |
| Class Period End | 10-23-2024 |
| 90-DAY Lookback Period Start | 10-24-2024 |
| 90-DAY Lookback Period End | 01-21-2025 |
| 90-DAY Lookback Average | $ 41.67 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $18,979.83 |
| DURA LIFO* Total | $18,979.83 |
| Gross Shares Purchased | 3,325 |
| Net Shares Retained | 3,325 |
| Net Funds Expended | $157,525.25 |

### James Karas

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 02-22-2024 | 325 | 32.2 | $ 10,465.00 | | | | | | - | 325 | 325 | $ 41.67 | $ 13,542.03 | -$ 3,077.03 | -$ 3,077.03 |
| 02-22-2024 | 170 | 31.95 | $ 5,431.50 | | | | | | - | 170 | 170 | $ 41.67 | $ 7,083.53 | -$ 1,652.03 | -$ 1,652.03 |
| 03-28-2024 | 170 | 35.95 | $ 6,111.50 | | | | | | - | 170 | 170 | $ 41.67 | $ 7,083.53 | -$ 972.03 | -$ 972.03 |
| 06-28-2024 | 10 | 42.1 | $ 421.00 | | | | | | - | 10 | 10 | $ 41.67 | $ 416.68 | $ 04.32 | $ 04.32 |
| 06-28-2024 | 100 | 42.02 | $ 4,202.00 | | | | | | - | 100 | 100 | $ 41.67 | $ 4,166.78 | $ 35.22 | $ 35.22 |
| 06-28-2024 | 25 | 41.83 | $ 1,045.75 | | | | | | - | 25 | 25 | $ 41.67 | $ 1,041.69 | $ 04.06 | $ 04.06 |
| 08-20-2024 | 1525 | 51.54 | $ 78,598.50 | | | | | | - | 1525 | 1525 | $ 41.67 | $ 63,543.39 | $ 15,055.11 | $ 15,055.11 |
| 08-20-2024 | 1000 | 51.25 | $ 51,250.00 | | | | | | - | 1000 | 1000 | $ 41.67 | $ 41,667.80 | $ 9,582.20 | $ 9,582.20 |
| Total: | 3,325 | | $157,525.25 | | | | | | | 3,325 | 3,325 | | $138,545.42 | $18,979.83 | $18,979.83 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.