# Exhibit 3



*Source:* Levi & Korsinsky, LLP

*January 31, 2025 18:10 ET*

## SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Newmont Corporation Securities and Sets a Lead Plaintiff Deadline of April 1, 2025

NEW YORK, Jan. 31, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Newmont Corporation ("Newmont" or the "Company") (NYSE: NEM) between February 22, 2024 and October 23, 2024, both dates inclusive. You are hereby notified** that the class action lawsuit *James Karas v. Newmont Corporation, et al.* (Case No. 1:25-cv-00341) has been commenced in the United States District Court for the District of Colorado. To get more information **go to:**

[https://zlk.com/pslra-1/newmont-corporation-lawsuit-submission-form](https://zlk.com/pslra-1/newmont-corporation-lawsuit-submission-form)

or contact Joseph E. Levi, Esq. either via email at [jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com) or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

According to the complaint, on October 23, 2024, Newmont published a press release announcing disappointing EBITDA third quarter 2024 highlights, in addition to decreases in production and increases in operating costs. In pertinent part, Newmont revealed that mining operations at its two Tier 1 assets would see lower production than originally guided with expectations of higher costs at these facilities.

Following this news, Newmont's stock price fell from a closing market price of $57.74 per share on October 23, 2024 to $49.25 per share on October 24, 2024.

**If you suffered a loss in NEM securities, you have until April 1, 2025** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004

jlevi@teskorinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com