# Exhibit 1



SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies In...



# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Newmont Corporation Securities and Sets a Lead Plaintiff Deadline of April 1, 2025

January 31, 2025 18:10 ET    | Source: **Levi & Korsinsky, LLP**

Follow

**Share**









NEW YORK, Jan. 31, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Newmont Corporation ("Newmont" or the "Company") (NYSE: NEM) between February 22, 2024 and October 23, 2024, both dates inclusive. You are hereby notified** that the class action lawsuit *James Karas v. Newmont Corporation, et al.* (Case No. 1:25-cv-00341) has been commenced in the United States District Court for the District of Colorado. To get more information **go to:**

https://zlk.com/pslra-1/newmont-corporation-lawsuit-submission-form

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

## Company Profile

Levi & Korsinsky, LLP

Industry: Specialized Consumer Services

Website: https://zlk.com

## Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript



SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies In...



third quarter 2024 highlights, in addition to decreases in production and increases in operating costs. In pertinent part, Newmont revealed that mining operations at its two Tier 1 assets would see lower production than originally guided with expectations of higher costs at these facilities.

Following this news, Newmont's stock price fell from a closing market price of $57.74 per share on October 23, 2024 to $49.25 per share on October 24, 2024.

**If you suffered a loss in NEM securities, you have until April 1, 2025** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor

New York, NY 10004

jlevi@levikorsinsky.com

Tel: (212) 363-7500

Fax: (212) 363-7171

www.zlk.com

---

**Tags**

Class Action