# Exhibit 3

**Newmont Corporation Loss Chart**
**Class Period: February 22, 2024 to October 23, 2024**

**Lookback Price**
$41.67

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Shahid Latif Mian | 10/23/2024 | 2,500 | ($57.81) | ($144,525.00) | 10/29/2024 | 2,500 | $48.17 | $120,425.00 | 0 | 0 | ($24,100.00) |