## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00341-DDD-KAS

JAMES KARAS, Individually and on Behalf
of All Others Similarly Situated,

          Plaintiff,

v.

NEWMONT CORPORATION, THOMAS R.
PALMER, NATASCHA VILJOEN, and
KARYN F. OVELMEN,

          Defendants.

---

## NOTICE OF RELATED CASES

---

Pursuant to D.C.Colo.LCivR 3.2, Defendants Newmont Corporation, Thomas R. Palmer, Natascha Viljoen, and Karyn F. Ovelmen hereby notify the Court that this case is related to two subsequently filed putative derivative actions in this Court: *Keith Chin* v. *Thomas R. Palmer et al.*, Case No. 1:25-cv-00910-PAB (filed Mar. 20, 2025), and *Jay Harris* v. *Thomas R. Palmer et al.*, Case No. 1:25-cv-01071-PAB (filed Apr. 4, 2025) (together, the "Derivative Cases").[1]

The cases have parties in common as Defendant Newmont is named as the nominal defendant in the Derivative Cases and Defendants Palmer, Viljoen, and Ovelmen are named as defendants in those cases.

The cases involve common alleged facts and related claims. The complaint in this putative securities class action alleges that Defendants made purportedly false and misleading statements

---

[1] Defendants previously filed a Notice of Related Cases for two other putative derivative actions. *See* ECF 13 (identifying *Tyler Gunderson* v. *Thomas R. Palmer et al.*, Case No. 1:25-cv-00585-WJM-STV, and *Marc N. Levin* v. *Thomas R. Palmer et al.*, Case No. 1:25-cv-00660-KAS).

to investors about Newmont's business in violation of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b) and 78t(a), and SEC Rule 10b-5, 17 C.F.R. § 240.10b-5.  The Derivative Cases refer to this case in their complaints and allege, in part, that by making or permitting to be made the same statements to investors about Newmont's business, defendants in the Derivative Cases violated certain alleged duties.

Dated: April 11, 2025

**SHOEMAKER GHISELLI + SCHWARTZ, LLC**

*/s/  Paul H. Schwartz*

Paul H. Schwartz
1811 Pearl Street
Boulder, CO  80302
Tel: 303-530-3452
Fax:  303-530-4071
Email: pschwartz@sgslitigation.com

**WACHTELL, LIPTON, ROSEN & KATZ**
Jonathan M. Moses
Carrie M. Reilly
51 West 52nd Street
New York, NY  10019
Tel: 212-403-1000
Fax: 212-403-2000
Email: JMMoses@wlrk.com

*Attorneys for Defendants Newmont Corporation, Thomas R. Palmer, Natascha Viljoen, and Karyn F. Ovelmen*

## CERTIFICATE OF SERVICE

I certify that on April 11, 2025, this **NOTICE OF RELATED CASES** was filed and served on all counsel of record using the CM/ECF system.

*/s/ Paul H. Schwartz*

Paul H. Schwartz