**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00341-DDD-KAS

JAMES KARAS, Individually and on
Behalf of All Others Similarly Situated,

      Plaintiff,

      v.

NEWMONT CORPORATION, THOMAS
R. PALMER, NATASCHA VILJOEN,
AND KARYN F. OVELMEN,

      Defendants.

**JOINT MOTION TO VACATE SCHEDULING**
**CONFERENCE AND RELATED ORDERS**

Plaintiff James Karas ("Initial Plaintiff"), Co-Lead Plaintiffs Catherine Almrud Holdings, Inc. and Shahid Latif Mian ("Co-Lead Plaintiffs," and with Initial Plaintiff, "Plaintiffs"), and Newmont Corporation, Thomas R. Palmer, Natascha Viljoen, and Karyn F. Ovelmen ("Defendants," and with Plaintiffs, the "Parties") submit this Joint Motion to Vacate Scheduling Conference and Related Orders and respectfully request that the Court grant the requested relief. Under D.C.COLO.LCivR 7.1(a), the Parties certify that they have conferred and jointly seek this relief.

1.      The Parties move jointly regarding the Court's orders at docket entries ECF 14 and ECF 28 related to a scheduling/planning conference, proposed scheduling order, and related proceedings. The Parties respectfully request that the Court vacate those orders in light of the Court-ordered schedule already in place for Co-Lead Plaintiffs to file or designate an operative complaint in this putative securities class action and Defendants to move to dismiss, ECF 12, and the statutory stay provided for under the Private Securities Litigation Reform Act (the "PSLRA"), 15 U.S.C. § 78u-4(b)(3)(B).

2.      On March 10, 2025, the Court entered a scheduling order providing for the designation or filing of an operative complaint in this action and a briefing schedule for any motions to dismiss in response thereto.  ECF 12.  On April 22, 2025, following the filing of their motions to be appointed Lead Plaintiff, Plaintiffs filed a Stipulation and Proposed Order Appointing Co-Lead Plaintiffs.  ECF 23.  On May 6, 2025, the Court appointed Co-Lead Plaintiffs.  ECF 29.

3.      Given the appointment, Co-Lead Plaintiffs will proceed to file or designate an operative complaint in accordance with the Court-ordered schedule, and at this time Defendants expect to move to dismiss such complaint.  In addition, as this action is a putative securities class action, it is subject to the PSLRA's statutory stay, which provides that "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss."  15 U.S.C. § 78u-4(b)(3)(B).  Finally, in any event, for reasons of efficiency and economy both as to the Court and the Parties, proceedings other than with respect to a motion to dismiss would be premature at this time and will not be appropriately tailored to the action, as the scope of the action, and the schedule and need for any further proceedings, will be informed by the operative complaint once filed or designated and the results of any motions to dismiss.

4.      In light of the foregoing schedule to designate or file an operative complaint and brief motions to dismiss and the PSLRA's statutory stay, the Parties respectfully request that the Court vacate orders ECF 14 and ECF 28, and resume any scheduling conference and any other proceedings other than with respect to a motion to dismiss, if needed, following final resolution of all motions to dismiss.

5.      A Proposed Order is attached.  Per the Uniform Civil Practice Standards of the United States Magistrate Judges, a Proposed Order is being emailed to Chambers.

-3-

Dated: May 6, 2025

LEVI & KORSINSKY, LLP

/s/ Adam Marc Apton
Adam Marc Apton
33 Whitehall Street
17th Floor
New York, NY 10004
Tel:  (212) 363-7500
Email:  aapton@zlk.com

*Attorneys for Initial Plaintiff James Karas*

POMERANTZ LLP

/s/ Jeremy Alan Lieberman
Jeremy Alan Lieberman
600 Third Avenue
20th Floor
New York, NY 10016
Tel:  (212) 661-1100
Fax:  (212) 661-8665
Email:  jalieberman@pomlaw.com

Joseph Alexander Hood, II
600 Third Avenue
20th Floor
New York, NY 10016
Tel:  (212) 661-1100
Email:  ahood@pomlaw.com

*Attorneys for Co-Lead Plaintiff Catherine
Almrud Holdings, Inc.*

THE ROSEN LAW FIRM, P.A.

/s/ Jacob A. Goldberg
Jacob A. Goldberg
101 Greenwood Avenue
Suite 440
Jenkintown, PA 19046
Tel:  (215) 600-2817
Email:  jgoldberg@rosenlegal.com

Phillip C. Kim
275 Madison Avenue
40th Floor
New York, NY 10016
Tel:  (212) 686-1060
Fax:  (212) 202-3827

-4-

Email:  philkim@rosenlegal.com

*Attorneys for Co-Lead Plaintiff Shahid Latif Mian*


**SHOEMAKER GHISELLI + SCHWARTZ, LLC**

/s/ Paul H. Schwartz
Paul H. Schwartz, #29729
1811 Pearl Street
Boulder, CO 80302
Tel:  (303) 530-3452
Fax:  (303) 530-4071
Email:  pschwartz@sgslitigation.com


**WACHTELL, LIPTON, ROSEN & KATZ**

Jonathan M. Moses
Carrie M. Reilly
51 W. 52nd Street
New York, NY 10019
Tel:  (212) 403-1000
Fax:  (212) 403-2000
Email:  JMMoses@wlrk.com
Email:  CMReilly@wlrk.com

*Attorneys for Defendants Newmont Corporation, Thomas R. Palmer, Natascha Viljoen, and Karyn F. Ovelmen*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading complies with the type-volume limitations set forth in Judge Domenico's Practice Standard III(A)(1).

/s/ Paul H. Schwartz
Paul H. Schwartz

-5-

-6-

**CERTIFICATE OF SERVICE**

I certify that on May 6, 2025, I electronically filed the foregoing with the Clerk of Court

using the CM/ECF system, which will serve all counsel of record.


/s/ Paul H. Schwartz
Paul H. Schwartz