**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00341-DDD-KAS

JAMES KARAS, Individually and on
Behalf of All Others Similarly Situated,

      Plaintiff,

      v.

NEWMONT CORPORATION, THOMAS
R. PALMER, NATASCHA VILJOEN,
AND KARYN F. OVELMEN,

      Defendants.

**[PROPOSED] ORDER GRANTING**
**JOINT MOTION TO VACATE SCHEDULING**
**CONFERENCE AND RELATED ORDERS**

Upon consideration of the Joint Motion to Vacate Scheduling Conference and Related

Orders, it is hereby **ORDERED** that said motion is **GRANTED**.

Accordingly, it is hereby **ORDERED** that the Order Setting Scheduling/Planning

Conference at ECF 14 and the Pre-Scheduling Conference Order at ECF 28 are vacated.

**SO ORDERED:**

Dated: _____, 2025    _____

                                 HONORABLE KATHRYN A. STARNELLA
                                 UNITED STATES MAGISTRATE JUDGE