IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00341-DDD-KAS

JAMES KARAS, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

NEWMONT CORPORATION,
THOMAS R. PALMER,
NATASCHA VILJOEN, and
KARYN F. OVELMEN,

      Defendants.

_____

**MINUTE ORDER**
_____

This matter comes before the Court on the parties' **Joint Motion to Vacate Scheduling Conference and Related Orders** [#31] ("Joint Motion"). On May 6, 2025, the Court appointed Co-Lead Plaintiffs. *Order* [#29]. Pursuant to that appointment, Co-Lead Plaintiffs are to file or designate an operative complaint in accordance with the court-ordered schedule, and Defendants expect to move to dismiss that complaint. *Joint Motion* [#31] at 2. The court-ordered schedule requires Lead Plaintiffs to designate or file and serve an operative complaint within sixty days of Lead Plaintiffs' appointment, and Defendants must answer or otherwise respond to the operative complaint within sixty days of Lead Plaintiffs' designation or filing and service of the operative complaint. *Order* [#12].

The Private Securities Litigation Reform Act ("PSLRA") provides that "all discovery and other proceedings [in a securities fraud action] shall be stayed during the pendency of any motion to dismiss[.]" 15 U.S.C. § 78u-4(b)(3)(B). No motion to dismiss has been filed in this matter. However, in the Joint Motion [#31], the parties seek a stay in light of the anticipated motion to dismiss and "for reasons of efficiency and economy" because an appropriate case plan and schedule will hinge upon the forthcoming operative complaint's scope. *Joint Motion* [#31] at 2. The Court agrees. *See In re CFS-Related Sec. Fraud Litig.*, 213 F.R.D. 435, 445 (N.D. Okla. 2003) (PSLRA stay provisions are triggered by a party's "expressed intent to file motions to dismiss").

Accordingly,

IT IS **ORDERED** that the Joint Motion to Vacate Scheduling Conference and

Related Orders [#31] is **GRANTED**.

IT IS FURTHER **ORDERED** that the March 17, 2025 Order Setting Scheduling/Planning Conference [#14] and the May 1, 2025 Pre-Scheduling Conference Order [#28] are **VACATED**.

IT IS FURTHER **ORDERED** that the Scheduling Conference set for June 3, 2025, at 10:00 a.m. and the deadline to submit a Proposed Scheduling Order are **VACATED**.

IT IS FURTHER **ORDERED** that the parties are to file a Joint Motion for a Scheduling Conference and a Joint Proposed Scheduling Order within 30 days of any order denying the anticipated motion to dismiss or within 30 days of the filing of an answer in lieu of a motion to dismiss.

Dated: May 7, 2025