**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00341-DDD-KAS

JAMES KARAS, Individually and on
Behalf of All Others Similarly Situated,

      Plaintiff,

      v.

NEWMONT CORPORATION, THOMAS
R. PALMER, NATASCHA VILJOEN,
AND KARYN F. OVELMEN,

      Defendants.

**CONSENT MOTION TO EXTEND TIME TO DESIGNATE OPERATIVE
COMPLAINT OR TO FILE AN AMENDED CLASS ACTION COMPLAINT**

Co-Lead Plaintiffs Catherine Almrud Holdings, Inc. and Shahid Latif Mian ("Co-Lead Plaintiffs,") and named plaintiff James Karas ("named Plaintiff" and with Co-Lead Plaintiffs, "Plaintiffs"), hereby move to extend the time to file their Amended Class Action Complaint by one week, from July 7, 2025, to July 14, 2025. Under D.C. COLO. L. Civ. R. 7.1(a), the Plaintiffs certify that they have conferred with Defendants Newmont Corporation, Thomas R. Palmer, Natascha Viljoen, and Karyn F. Ovelmen ("Defendants") and that Defendants consent to the relief Plaintiffs seek.

1.      On March 10, 2025, in advance of the Court's appointing Co-Lead Plaintiffs in this putative class action under the Private Securities Litigation Reform Act (the "PSLRA"), 15 U.S.C. § 78u-4(b)(3)(B), the Court granted the Joint Motion to Extend Time to Respond and Set Schedule for Filing of Amended Complaint and Defendants' Responses Thereto. (ECF No. 12). In the March 10, 2025, Order, the Court permitted the lead plaintiff either to designate the operative complaint or to file an amended complaint within sixty (60) days of the order appointing lead plaintiff and approving their counsel. *Id*. The Court appointed Co-Lead Plaintiffs and approved their counsel

on May 6, 2025. As such, under the Court's March 10, 2025 Order, Co-Lead Plaintiffs must either designate the operative complaint or file an amended class action complaint no later than July 7, 2025.

2.     Thereafter, the Court's March 10, 2025 Order sets Defendants' answer or other response to the operative complaint at 60 days from its designation or filing and service, Plaintiffs' opposition to a motion to dismiss or other motion at 60 days, and Defendants' response to any such opposition at 30 days. *Id*. As such, if Co-Lead Plaintiffs designate or file and serve the operative complaint on July 7, 2025, Defendants must file their answer or other response by September 5, 2025, Plaintiffs must oppose any motion by November 4, 2025, and Defendants must file a reply, if any, by December 4, 2025. Defendants have previously stated their expectation that they will move to dismiss the complaint.

3.     Plaintiffs have requested and Defendants have consented to extend the time for Co-Lead Plaintiffs to designate or file and serve the operative complaint by one week, from July 7, 2025, to July 14, 2025. Accordingly, Defendants' answer or other response will be due on September 12, 2025.

4.     To complete briefing on Defendants' expected motion to dismiss within the current schedule, Plaintiffs will file their opposition to any motion of Defendants on November 4, 2025, and Defendants will file their reply, if any, by December 4, 2025.

5.     Plaintiffs, therefore, respectfully request that the Court grant Plaintiffs' request to extend by seven-days the deadline for Co-Lead Plaintiffs to designate or file and serve the operative complaint from July 7, 2025, to July 14, 2025, resulting in moving Defendants' deadline to answer or otherwise to respond to the operative complaint to September 12, 2025, and otherwise maintain that if Defendants respond to the operative complaint by filing a motion to dismiss or

other motion, Co-Lead Plaintiffs must respond by November 4, 2025, and Defendants may reply

by December 4, 2025.

6.      Plaintiffs attach a Proposed Order.  Per the Uniform Civil Practice Standards of the

United States Magistrate Judges, Plaintiffs shall email the Proposed Order to Chambers.

Dated: July 1, 2025                                        Respectfully Submitted,

**POMERANTZ LLP**

/s/ *Jeremy Alan Lieberman*
Jeremy Alan Lieberman
Jonathan D. Park
600 Third Avenue
20th Floor
New York, NY 10016
Tel:  (212) 661-1100
Fax:  (212) 661-8665
Email:  jalieberman@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**

/s/ *Jacob A. Goldberg*
Jacob A. Goldberg
101 Greenwood Avenue
Suite 440
Jenkintown, PA 19046
Tel:  (215) 600-2817
Email:  jgoldberg@rosenlegal.com

*Attorneys for Co-Lead Plaintiffs Shahid
Latif Mian, Catherine Almrud Holdings,
Inc. and the Class.*

**LEVI & KORSINSKY, LLP**

Shannon LAdam Marc Apton
33 Whitehall Street
17th Floor
New York, NY 10004
Tel:  (212) 363-7500
Email:  aapton@zlk.com

*Additional Attorneys for Plaintiffs and the
Class*

-3-

-4-

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading complies with the type-volume limitations set forth in Judge Domenico's Practice Standard III(A)(1) and the United States District Court for the District of Colorado Uniform Civil Practices Standards of the United States Magistrate Judges.

/s/ *Jacob A. Goldberg*
Jacob A. Goldberg