**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00341-DDD-KAS

JAMES KARAS, Individually and on
Behalf of All Others Similarly Situated,

      Plaintiff,

      v.

NEWMONT CORPORATION, THOMAS
R. PALMER, NATASCHA VILJOEN,
AND KARYN F. OVELMEN,

      Defendants.

**[PROPOSED] ORDER GRANTING**
**CONSENT MOTION TO EXTEND TIME TO DESIGNATE OPERATIVE**
**COMPLAINT OR TO FILE AN AMENDED CLASS ACTION COMPLAINT**

Upon consideration of the Consent Motion to Extend Time to Designate Operative Complaint or to File an Amended Class Action Complaint, it is hereby **ORDERED** that said motion is **GRANTED**.

Accordingly, it is hereby **ORDERED** that Co-Lead Plaintiffs must designate or file and serve an operative complaint by July 14, 2025. Defendants must answer or otherwise respond to the operative complaint by September 12, 2025. If Defendants respond to the operative complaint by filing a motion to dismiss or other motion, Co-Lead Plaintiffs must respond by November 4, 2025, and Defendants may reply by December 4, 2025.

**SO ORDERED:**

Dated: _____, 2025      _____

                                   HONORABLE KATHRYN A. STARNELLA
                                   UNITED STATES MAGISTRATE JUDGE