IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00341-DDD-KAS

JAMES KARAS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

NEWMONT CORPORATION; THOMAS R. PALMER; NATASCHA VILJOEN; and KARYN F. OVELMEN,

Defendants.

---

FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Motion to Dismiss, filed August 14, 2026, and the Order, filed September 17, 2026, by the Honorable Daniel D. Domenico, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendants, Newmont Corporation; Thomas R. Palmer; Natascha Viljoen; and Karyn F. Ovelmen, and against Plaintiff, James Karas, individually and on behalf of all others similarly situated, on Defendants' Motion to Dismiss. It is further

ORDERED that Plaintiff's Complaint and action are dismissed.

DATED at Denver, Colorado this 17th day of September, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ Robert R. Keech
Robert R. Keech,
Deputy Clerk